FILED
SEP 13 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

23-cr-488
Judge Ellis
Magistrate Judge Harjani
Random

Sept 13, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. |
| v. | Violations: Title 18, United States Code, Sections 922(a)(1)(A) and 922(a)(6) |
| ARIYON D. DAVIS | |
| | UNDER SEAL |

## COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

Beginning in or around July 2020, and continuing until in or around June 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

ARIYON D. DAVIS,

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about July 28, 2020, at Crete, in the Northern District of Illinois, Eastern Division, and elsewhere,

ARIYON D. DAVIS,

defendant herein, in connection with the acquisition of a firearm, namely, a Glock model 43X pistol, bearing serial number BPHN768, from Gun Store A, a licensed dealer of firearms, within the meaning of Title 18, United States Code, Chapter 44, knowingly made a false and fictitious written statement to Gun Store A, which statement was intended and likely to deceive Gun Store A with respect to a fact material to the lawfulness of the sale of said firearm to the defendant, in that on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, defendant represented that she was the actual transferee/buyer of the firearm, when in fact defendant knew that she was not the actual transferee/buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT THREE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about August 4, 2020, at Hodgkins, in the Northern District of Illinois, Eastern Division, and elsewhere,

ARIYON D. DAVIS,

defendant herein, in connection with the acquisition of a firearm, namely, a Taurus G3C pistol, bearing serial number ABG727933, from Gun Store B, a licensed dealer of firearms, within the meaning of Title 18, United States Code, Chapter 44, knowingly made a false and fictitious written statement to Gun Store B, which statement was intended and likely to deceive Gun Store B with respect to a fact material to the lawfulness of the sale of said firearm to the defendant, in that on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, defendant represented that she was the actual transferee/buyer of the firearm, when in fact defendant knew that she was not the actual transferee/buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT FOUR

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about August 5, 2020, at Crete, in the Northern District of Illinois, Eastern Division, and elsewhere,

ARIYON D. DAVIS,

defendant herein, in connection with the acquisition of a firearm, namely, a M&P 9 2.0 pistol, bearing serial number NED0132, from Gun Store A, a licensed dealer of firearms, within the meaning of Title 18, United States Code, Chapter 44, knowingly made a false and fictitious written statement to Gun Store A, which statement was intended and likely to deceive Gun Store A with respect to a fact material to the lawfulness of the sale of said firearm to the defendant, in that on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, defendant represented that she was the actual transferee/buyer of the firearm, when in fact defendant knew that she was not the actual transferee/buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT FIVE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about August 13, 2020, at Oak Forest, in the Northern District of Illinois, Eastern Division, and elsewhere,

ARIYON D. DAVIS,

defendant herein, in connection with the acquisition of a firearm, namely, a Glock model G19 pistol, bearing serial number BPHD932, from Gun Store C, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, knowingly made a false and fictitious written statement to Gun Store C, which statement was intended and likely to deceive Gun Store C with respect to a fact material to the lawfulness of the sale of said firearm to the defendant, in that on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, defendant represented that she was the actual transferee/buyer of the firearm, when in fact defendant knew that she was not the actual transferee/buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
ACTING UNITED STATES ATTORNEY